# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157276(63)(64)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT TERRAIL WILLIAMS,
      Defendant-Appellant.

_____/

SC: 157276
COA: 333904
Calhoun CC: 2016-000124-FC

On order of the Chief Justice, the motions of defendant-appellant to add an issue and to file a pro per supplement to the application for leave to appeal are GRANTED. The additional issue and the pro per supplemental filed on February 28, 2018, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2018



Clerk